UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 26-03383-KK-RAOx** | Date: | April 16, 2026 |
|---|---|---|---|

Title:    *Judah Bell v. WalMart, Inc.*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) ORDER TO SHOW CAUSE Regarding Subject Matter Jurisdiction**

Federal courts are courts of "limited jurisdiction" which "possess only that power authorized by Constitution and statute." Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994). Thus, a federal court has "an independent obligation to determine whether subject-matter jurisdiction exists," and may raise the issue "on its own initiative, at any stage in the litigation[.]" Arbaugh v. Y&H Corp., 546 U.S. 500, 506, 514 (2006). The party asserting federal jurisdiction bears the burden of proving jurisdiction exists. Me. Cmty. Health Options v. Albertsons Cos., 993 F.3d 720, 723 (9th Cir. 2021).

Under 28 U.S.C. § 1332(a), a federal district court has original jurisdiction over a civil action where the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the parties. Complete diversity requires each plaintiff to be of a different citizenship than each defendant. Grancare, LLC v. Thrower, 889 F.3d 543, 548 (9th Cir. 2018) (citing Caterpillar Inc. v. Lewis, 519 U.S. 61, 68 (1996)). An individual is a citizen of the state where they are domiciled. See Kantor v. Wellesley Galleries, Ltd., 704 F.2d 1088, 1090 (9th Cir. 1983). A corporation is a citizen of any state where it is incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

Here, the party asserting federal jurisdiction has not alleged sufficient facts to establish the Court has diversity jurisdiction over this matter. Specifically:

☐    The party asserting federal jurisdiction fails to adequately allege the citizenship of one or more parties. For example, the party asserting federal jurisdiction may have identified an

---

| Page **1** of **2** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DC |
|---|---|---|

individual's state of residence rather than the individual's state of domicile, identified a corporation's state of incorporation but not the state in which it has its principal place of business, or failed to identify the citizenship of all members of an unincorporated association.

☒       The party asserting federal jurisdiction fails to adequately allege an amount in controversy in excess of $75,000.

Accordingly, the party asserting federal jurisdiction is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed or remanded for lack of subject matter jurisdiction. Such party shall file a response to this Order **no later than seven days from the date of this Order**.

**The party asserting federal jurisdiction is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice or remanded for lack of subject matter jurisdiction.** See Arbaugh, 546 U.S. at 514.

**IT IS SO ORDERED.**